COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Joan Gottlieb Mendell, Individually and in her Capacity as Trustee of the MK Trust No. 2 v. Laurence Scott and Rachel Chaput

Appellate case number:   01-20-00578-CV

Trial court case number:  475348

Trial court:             Probate Court No. 1 of Harris County

On August 12, 2020, appellant, Joan Gottlieb Mendell, individually and in her capacity as Trustee of the MK Trust No. 2, filed a notice of appeal from four trial court orders, signed on different dates, in this probate proceeding. These orders include: a June 10, 2020 order denying appellant's motion for summary judgment, and three orders granting separate motions for partial summary judgment filed by appellees, Laurence Scott and Rachel Chaput, with one such order signed on February 7, 2020, and the other two orders being signed on July 23, 2020.

On December 22, 2020, after a jury trial of the underlying litigation, but before a final judgment was entered by the trial court, appellant filed an "Unopposed Motion to Abate Appeal, and in the Alternative, Second Motion to Extend Time," requesting that the appeal be abated "until such time as a final judgment is rendered in the trial court." On December 29, 2020, we granted appellant's unopposed motion and abated this appeal. On January 19, 2021, the trial court signed a Final Judgment, and on January 20, 2021, the trial court signed an "Order Granting Modified Permanent Injunction Pursuant to Texas Trust Code § 114.008" in the underlying litigation. On April 19, 2021, appellant timely filed a notice of appeal from the Final Judgment and the Order Granting Modified Permanent Injunction Pursuant to Texas Trust Code § 114.008, docketed by the Clerk of this Court in the existing appellate case number.

On July 6, 2021, appellant filed an unopposed motion requesting that we reinstate the appeal and set a briefing schedule. In her motion, appellant notes that the appellate record is complete, and the parties have engaged in mediation as ordered by this Court, but mediation was unsuccessful. Appellant's motion includes a certificate of conference

representing that appellees are unopposed to the relief requested.  *See* TEX. R. APP. P. 10.3(a)(2).

Appellant's motion to reinstate the appeal is **granted**.  This appeal is **reinstated** to this Court's active docket.  Appellant's brief is due to be filed **within thirty days of the date of this order**.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
             ☑ Acting individually ☐ Acting for the Court

Date: ___July 8, 2021____